An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

DEANTHONY BROWN,
     Appellant,
  vs.
THE STATE OF NEVADA,
     Respondent.

No. 68499

**FILED**

AUG 1 8 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

The district court has transmitted a document filed by appellant titled "Notice of (Appeal) [sic] Motion for Order to Recall Remittitur." The document fails to identify any appealable order. To the extent appellant seeks to recall the remittitur issued on March 6, 2015, in *Brown v. State*, Docket No. 67302 (Order Dismissing Appeal, February 9, 2015), appellant has not shown cause and we deny the motion. *See Wood v. State*, 60 Nev. 139, 104 P.2d 187 (1940). Moreover, we note that appellant's trial date is set for October 5, 2015, and no judgment of conviction has been entered. Accordingly, we conclude that we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

        _____, J.
        Parraguirre

_____, J.     _____, J.
Douglas          Cherry

SUPREME COURT
OF
NEVADA

(O) 1947A

15-24895

cc: Hon. Douglas W. Herndon, District Judge
Deanthony Brown
Nguyen & Lay
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A